FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 22 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Arkansas

| United States of America | ) | |
| vs | ) | |
| Marquise Antonio Stokes | ) | Case No. 4:11CR00197-BSM-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Marquise Antonio Stokes, have discussed with Quincy G. Pridgeon, Pretrial Services/Probation Officer, modification of my release as follows:

The condition of location monitoring program participation will be removed.

The defendant has been compliant in the location monitoring program for ten months and has been compliant with his supervision requirements. The United States Attorneys office has been notified of this request for modification in the form of a memo and has not expressed any objection. Defense Attorney Kim Driggers was contacted and has no objection.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3-15-13    _____  4/15/13
Signature of Defendant       Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  4-5-13
Signature of Defense Counsel       Date

[✓] The above modification of conditions of release is ordered, to be effective on 4-22-13

[ ] The above modification of conditions of release is **not** ordered.

_____  4-22-13
Signature of Judicial Officer       Date